F I L E D

JUL 29 2011

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT

BARBARA DUNN, CIRCUIT CLERK

BY _____ D.C.

KRISTY WATSON                                              PLAINTIFF

V.                                    CASE NO.: 251-11-677 CIV

WAFFLE HOUSE, INC.                                        DEFENDANT

---

### COMPLAINT
### JURY TRIAL DEMANDED

---

**COMES NOW** the Plaintiff, Kristy Watson, by any through her counsel, Louis H. Watson, Jr., and files this action to recover damages for violations of her rights under Title VII of the Civil Rights Act of 1964, as amended, against the Defendant, Waffle House, Inc. In support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

### PARTIES

1.      The Plaintiff, Kristy Watson, is an adult female resident of Lincoln County, Mississippi, residing at 631 Lakewood Drive, Brookhaven, MS 39601.

2.      The Defendant, Waffle House, Inc., is Plaintiff's former employer and is a Georgia corporation qualified to do business in Mississippi. Defendant may be served with process through its registered agent: Incorp Services, Inc., 405 Galleria Lane, Suite C, P. O. Box 2249, Oxford, MS 38655.

### JURISDICTION AND VENUE

3.      This Court has concurrent jurisdiction and venue is proper pursuant to 42 U.S.C. § 2000e-5(f)(3). A true and correct copy of Plaintiff's Charge of Discrimination is attached hereto as Exhibit "A," and a true and correct copy of the EEOC's Notice of Right to Sue is attached hereto



EXHIBIT

1

as Exhibit "B."

## STATEMENT OF THE FACTS

4.      Plaintiff began employment with Defendant in February 2010 as a Waitress.

5.      On June 14, 2010, Plaintiff was forced to quit her employment due to a hostile work environment.

6.      Plaintiff worked at the Brookhaven, Mississippi location.

7.      Plaintiff was discriminated against because of her sex, female, in violation of Title VII of the Civil Rights Act of 1964.

8.      Specifically, Dawn Gould, a co-worker, falsely accused Plaintiff of having an affair with Teddy Simpson (Gould's boyfriend) after several sexually explicit text messages were sent regarding Plaintiff.

9.      Plaintiff complained to Dominique Eastern, Defendant's District Manager, and Countess Crenshaw, Defendant's Human Resources Manager about what happened.

10.     Shortly after Plaintiff complained, Dawn Gould was banned from the property.

11.     Despite the fact that Dawn Gould was banned from the premises, she would appear at Plaintiff's place of employment and harass Plaintiff.

12.     Because Teddy Simpson took no corrective action, Plaintiff's working environment became so intolerable that no reasonable person would have continued working in that environment.

13.     As a result, Plaintiff had no alternative but to leave her employment with Defendant.

## CAUSES OF ACTION

## COUNT ONE: VIOLATIONS OF TITLE VII

14.     Plaintiff incorporates the above paragraphs 1 through 13 as though specifically set

forth herein and alleges as follows:

15.     Plaintiff has been discriminated against in the terms and conditions of her employment on the basis of her sex.

16.     Plaintiff has suffered adverse employment action as a result of the Defendant's sexually discriminatory treatment of Plaintiff.

17.     Plaintiff has been harmed as a result of the Defendant's discrimination, and the Defendant is liable to the Plaintiff for the same.

### COUNT TWO: RETALIATION

18.     Plaintiff incorporates the above paragraphs 1 through 17 as though specifically set forth herein and alleges as follows:

19.     After Plaintiff made her complaint regarding the sexual discrimination, the Defendant condoned and permitted unlawful retaliatioin against Plaintiff by allowing Teddy Simpson to continue to supervise Plaintiff and by failing to eliminate the hostile work environment.

20.     Plaintiff has been harmed as a result of this retaliation, and the Defendant is liable to Plaintiff for the same.

21.     The acts of the Defendant constitute a willful intentional violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) *et seq.*, and other state and federal laws, and entitle Plaintiff to recovery of damages, both compensatory and punitive in nature.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined by the jury:

1.     Reinstatement;

2.     Back pay;

Page 3 of 4

3.    Compensatory damages;

4.    Punitive damages;

5.    Attorney's fees;

6.    Costs and expenses; and

7.    Any other relief to which she may be properly entitled.

THIS the 29th day of July, 2011.

Respectfully submitted,

KRISTY WATSON, PLAINTIFF

By: _____
    Louis H. Watson, Jr.  (MB# 9053)
    Nick Norris (MB#101574)
    Attorneys for Plaintiff

OF COUNSEL:

LOUIS H. WATSON, JR., P.A.
628 North State Street
Jackson, Mississippi 39202
Telephone: (601) 968-0000
Facsimile:  (601) 968-0010
Email: louis@louiswatson.com

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 423-2010-01474 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Kristy L. Watson | (601) 835-2126 | 02-10-1981 |

| Street Address | City, State and ZIP Code |
|---|---|
| 6077 Watson Road, Wesson, MS 39191 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WAFFLE HOUSE | RECEIVED 15 - 100 | (228) 860-6718 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| Post Office Box 503, Ponchatoula, LA 70454 | JUL 2 2 2010 EEOC/JAO | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN | Earliest: 06-14-2010  Latest: 06-14-2010 |
| ☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION | |
| ☐ OTHER (Specify) | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with the above named employer in February 2010 as a Waitress. On June 14, 2010, I was forced to quit due to a hostile work environment. I worked at the location in Brookhaven, MS.

I believe that I have been discriminated against because of my sex (female), in violation of Title VII of the Civil Rights Act of 1964, as amended.

Dawn Gould, a co-worker, accused me of having an affair with Teddy Simpson (her boyfriend) after several sexually explicit text messages were sent regarding me.   I complained to Domique Easten, District Manager, and Countess Crenchaw, Human Resources Manager, about what happened. Shortly after this time, Dawn Gould was banned from the property. Though she was banned she would come to my place of employment and harass me.   Because Teddy Simpson took no corrective actions prior to this time my working environment had become hard for me to work in and I chose to quit.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Jul 02, 2010        *Kristy L Watson*  Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT

A

ALL-STATE LEGAL®

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Kristy L. Watson<br>631 Lakewood Drive<br>Brookhaven, MS 39601 | From: | Jackson Area Office<br>100 West Capitol Street<br>Suite 207<br>Jackson, MS 39269 |
|---|---|---|---|

| | ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |

| EEOC Charge No. | EEOC Representative<br>Jackie T. Blackwell,<br>Investigator | Telephone No. |
|---|---|---|
| 423-2010-01474 | | (601) 948-8453 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

|   |   |
|---|---|
| [X] | More than 180 days have passed since the filing of this charge. |
| ☐ | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| [X] | The EEOC is terminating its processing of this charge. |
| ☐ | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

|   |   |
|---|---|
| ☐ | The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
| ☐ | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Wilma J. Scott*          4/29/11

Wilma Scott,          (Date Mailed)
Director

Enclosures(s)

cc:   WAFFLE HOUSE          David E. Gevertz, Attorney          Louis H. Watson, Jr., P. A.
      Post Office Box 503    3414 Peachtree Rd, N. E., Suite 1600   Attorneys At Law
      Ponchatoula, LA 70454  Atlanta, GA 30326                      628 North State Street
                                                                    Jackson, MS 39202

EXHIBIT
B
ALL-STATE LEGAL

*D*

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

**KRISTY WATSON**                                                          **PLAINTIFF**

**VS.**                                            CASE NO.: *2S11-677CIV*

**WAFFLE HOUSE, INC.**                                              **DEFENDANT**

### SUMMONS

TO:   Waffle House, Inc.
      Registered Agent: Incorp Services, Inc.
      405 Galleria Lane, Suite C
      P.O. Box 2249
      Oxford, MS 38655

### NOTICE TO DEFENDANT

**The Complaint which is attached to this summons is important and you must take immediate action to protect your rights.**

      You are required to mail or hand-deliver a copy of a written response to the Complaint to Louis H. Watson, Jr., Louis H. Watson, Jr., P.A., 628 North State Street, Jackson, Mississippi 39202-3303, the attorney for the Plaintiff. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint

      You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

      ISSUED under my hand and the seal of said Court, this the 29th day of July, 2011.

                     Honorable Barbara Dunn
                     Circuit Clerk of Hinds County, MS

                     By:_____
                           Deputy Clerk

## RETURN OF PROCESS SERVER

STATE OF MISSISSIPPI

COUNTY OF_____

(   )   I personally delivered copies of the summons on the _____ day of _____, 2011,

        to:_____

        _____

(   )   After exercising reasonable diligence I was unable to deliver copies of the summons to

        _____ within _____ County, _____, I

        served the summons on the _____ day of _____, 20_____, at the usual

        place of abode of said _____ by leaving a true copy of the summons

        with _____, who is the _____ (here

        insert wife, husband, son, daughter or other person as the case may be), a member of the family

        of the person served, above the age of sixteen years and, unwilling to receive the summons, and

        thereafter on the _____ day of _____, 20_____, I mailed (by first class mail,

        postage prepaid) copies to the person served at his or her usual place of abode where the copies

        were left.

(   )   I was unable to serve the summons.

                           This the ___ day of _____, 2011.

                           _____

                           PROCESS SERVER

RETURN TO:

Louis H. Watson, Jr.
LOUIS H. WATSON, JR., P.A.
628 North State Street
Jackson, MS 39202-3303